# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: TEPEZZA MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>CONSUELO EGGER,<br><br>    Plaintiff,<br><br>vs.<br><br>HORIZON THERAPEUTICS USA, INC.,<br><br>    Defendant. | No. 23 C 3568<br>MDL No. 3079<br><br><br><br>Civil Action No.: 1:23-CV-15306 |

## NOTICE OF APPEARANCE

William F. Cash III now appears as counsel for Egger.

Dated: January 10, 2025

Respectfully submitted,

 /s/ William F. Cash III
William F. Cash III
Brandon L. Bogle
Levin, Papantonio, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
bcash@levinlaw.com
bbogle@levinlaw.com
(850) 435-7043 (Telephone)

*Attorneys for Plaintiff*