UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Consuelo Egger

                      Plaintiff,

v.                                                   Case No.: 1:23−cv−15306
                                                    Honorable Thomas M. Durkin

Horizon Therapeutics USA, Inc.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 6, 2025:

      MINUTE entry before the Honorable Thomas M. Durkin: On January 10, 2025, the Court continued in part the motion to dismiss the fraudulent misrepresentation claims [15], explaining that the Court would require additional briefing to decide whether those claims were preempted under *Buckman Co. v. Plaintiffs' Legal Comm.*, 531 U.S. 341 (2001). On January 28, 2025, the parties agreed with addressing *Buckman* preemption at summary judgment rather than extending the motion to dismiss briefing. Therefore, the motion to dismiss the fraudulent misrepresentation claims [15] is denied without prejudice. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.